IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN CRAWFORD, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORNELL COMPANIES, INC. and )<br>CORNELL/CORNELL ABRAXAS )<br>CENTER, )<br>)<br>Defendants. ) | No. 08-000069<br><br>Judge Gary L. Lancaster<br><br>ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW on this **24th** day of **Jan**, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the matter is remanded to State Court based on Plaintiff's representation with respect to the damage amount.

G. L. Lancaster, J.